IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHRIS J. JACOBS III,

    Petitioner,                                      ORDER

v.

                                         Case No. 15-cv-34-bbc

CCI WARDEN, et al.

    Respondents.

---

On February 2, 2015, this court entered an order directing petitioner Chris Jacobs to submit by February 25, 2015, the initial partial filing fee of $3.86 in this case. On February 17, 2015, the court received two disbursement requests and an interview/information request form from petitioner, that show his requests were denied by the business office at the institution for insufficient funds. Because petitioner's trust fund account statement filed in this case shows that he receives regular deposits to his account, I will construe the submission of his disbursement requests to mean that petitioner would like an extension of time to make his $3.86 payment.

ORDER

IT IS ORDERED that petitioner Chris Jacobs may have an enlargement of time, to March 25, 2015, to submit a check or money order made payable to the clerk of court in the amount of $3.86 for the filing fee in this case.

Entered this 2nd day of March, 2015.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge