IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CHRIS J. JACOBS III, | JUDGMENT IN A CIVIL CASE |
| Petitioner, | Case No.  15-cv-34-bbc |
| v. | |
| CCI WARDEN, 1989 PROSECUTOR RAND KREAGER, 1998 PROSECUTOR JILL FALSTAD, LEMOUNT JACOBSON, MARATHON CO CLERK OF COURTS, DONNA SIEDEL, SHERIFF RAND HOENISH and ATTORNEY GENERAL JB VAN-HOLLEN, | |
| Respondents. | |

This action came before the court for consideration with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Chris J. Jacobs III's petition for a writ of habeas corpus for failure to obtain the authorization required by 28 U.S.C. § 2244(b)(3)(A) before he filed it.

/s/                                                                                                April 23, 2015

Peter Oppeneer, Clerk of Court                                          Date